**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
ALLIANCE TO PROTECT                 )
NANTUCKET SOUND                     )
                                    )
           Plaintiff,               )
                                    )
    v.                              )   Civil Action No. 10-0731 (JDB)
                                    )
KENNETH SALAZAR,                    )
in his official capacity            )
Secretary of the Interior           )
U.S. Department                     )
of the Interior                     )
                                    )
S. ELIZABETH BIRNBAUM,              )
in her official capacity            )
Director                            )
Minerals Management Service         )
U.S. Department                     )
of the Interior                     )
                                    )
           Defendants.              )
_____)

**DEFENDANTS' CONSENT MOTION FOR FURTHER EXTENSION OF TIME**

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, the parties are still conferring about the possibility of reaching a resolution of plaintiff's claims without the need for Court intervention.  In order to give the parties additional time to try and see if they can settle this matter, defendants request a further extension of time – to and including July 23, 2010 – in which to respond to plaintiff's Complaint.  Plaintiff has consented to this request.

For the foregoing reasons, defendants respectfully request

that this consent motion be granted.

                                        Respectfully submitted,

                                        RONALD C. MACHEN JR. D.C. BAR # 447889
                                        United States Attorney

                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney


                                        /s/_____
                                        MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        555 4th Street, N.W. - Civil Division
                                        Washington, D.C. 20530
                                        (202) 514-7226