**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
ALLIANCE TO PROTECT            )
NANTUCKET SOUND                )
                               )
            Plaintiff,         )
                               )
     v.                        )   Civil Action No. 10-0731 (JDB)
                               )
KENNETH SALAZAR,               )
in his official capacity       )
Secretary of the Interior      )
U.S. Department                )
of the Interior                )
                               )
S. ELIZABETH BIRNBAUM,         )
in her official capacity       )
Director                       )
Minerals Management Service    )
U.S. Department                )
of the Interior                )
                               )
            Defendants.        )
_____)
```

**DEFENDANTS' CONSENT MOTION FOR FURTHER EXTENSION OF TIME**

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, the parties have been exploring the possibility of resolving plaintiff's claim concerning the search conducted in response to plaintiff's access request.  When the prior unopposed motion for extension of time was filed, defendants believed that the time sought would provide ample opportunity to see if this issue could be resolved.  However, after that motion was filed, lead counsel for defendants' husband was in a serious bicycle accident requiring hospitalization and several days of assisted recuperation thereafter.  This interfered with defense counsel's ability to pursue settlement negotiations in this case.

The parties have not reached an impasse, but additional time is needed in order to see if this issue can be resolved. Although defense counsel leaves for vacation tomorrow, she intends to actively work on this case during her vacation in order to complete efforts at possible resolution. She returns to the office August 9th, and therefore requests that the due date for defendants' response to the Complaint in this case be extended to that date, August 9, 2010.

Plaintiff has graciously consented to this request.

For the foregoing reasons, defendants respectfully request that this consent motion be granted.

Respectfully submitted,

RONALD C. MACHEN JR. D.C. BAR # 447889
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226